

E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| IN RE: * | |
| | Case No. 04-18625-ESD |
| **O.R. PARTNERS, INC.** * | |
| | Chapter 11 |
| Debtor-in-Possession * | |

*******************************************************************

### ORDER APPROVING EMPLOYMENT OF ATTORNEYS
### TO THE DEBTOR

Upon Application by the Debtor for the appointment of attorneys to the Debtor, it appearing that Howard M. Heneson, Esquire and The Law Offices of Howard M. Heneson, P.A. are duly qualified, and it appearing that the said attorney are disinterested persons and do not represent or hold any interest adverse to the Debtor or the Estate with respect to the matters on which said attorneys are to be employed and that said attorneys have no connections with Debtor, the creditors, the United States Trustee or any person employed in the Office of the United States Trustee, or any other party in interest herein that have not been appropriately disclosed to this Court, it is by the United States Bankruptcy Court for the District of Maryland:

**ORDERED,** that the Debtor be and hereby is authorized to employ, Howard M. Heneson, Esquire and The Law Offices of Howard M. Heneson, P.A., as attorney for the Debtor,

to perform the services set forth in the aforesaid Application pursuant to a general retainer, with an initial $7,500.00 retainer, of which Seven Thousand Five Hundred Dollars ($7,500.00) has been paid to Applicant, to be held in escrow by The Law Offices of Howard M. Heneson, P.A. for application to professional fees and expenses to be approved by the Bankruptcy Court upon proper application and after notice and an opportunity for a hearing.

cc:    Howard M. Heneson, Esquire
The Law Offices of Howard M. Heneson, P.A.
810 Glen Eagles Court, Suite 301
Towson, MD 21286

James J. O'Neill, President
O.R. Partners, Inc.
615 Kensington Avenue
Severna Park, MD 21146

U.S. Trustee's Office
300 West Pratt Street
Suite 350
Baltimore, Maryland 21201

**END OF ORDER**