Signed: June 28, 2005

**SO ORDERED**



E. STEPHEN DERBY
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| IN RE<br><br>**OR PARTNERS, INC.**,<br><br>Debtor.<br><br>_____<br><br>IN RE<br><br>**OR RAMBLEWOOD**, **LLC**,<br><br>Debtor. | BANKRUPTCY CASE NO:<br>04-18625-SD<br>(Chapter 11)<br><br><br><br><br>BANKRUPTCY CASE NO:<br>04-17917-SD<br>(Chapter 11)<br><br>(Jointly administered under<br>Case no. 04-18625) |

**ORDER APPROVING APPOINTMENT**
**OF DAVID RICE AS CHAPTER 11 TRUSTEE**

Upon consideration of the Application of the U.S. Trustee for Entry of an Order

Approving the Appointment of David Rice as Chapter 11 Trustee, finding good cause

therein, and that the U.S. Trustee has complied with Bankruptcy Rule 2007.1 and 11

6

U.S.C. § 1104(d), it is, by the United States Bankruptcy Court for the District of Maryland, Baltimore Division,

**ORDERED** that the Application of the U.S. Trustee for Entry of an Order Approving the Appointment of David Rice as Chapter 11 Trustee is hereby GRANTED; and it is further

**ORDERED** that the appointment of David Rice as Chapter 11 trustee in the cases of OR Partners, Inc. and OR Ramblewood, LLC is case is hereby approved, and David Rice shall qualify by posting a bond in the amount of $100,000 as directed by the U.S. Trustee.

cc:	David E. Rice, Esquire
	Venable, LLP
	2 Hopkins Plaza, Suite 1800
	Baltimore, MD 21201

   Sandra A. Manocchio, Esquire
   sandra.a.manocchio@usdoj.gov

   Howard M. Heneson, Esquire
   hheneson@bankruptcymd.com
   lramsey@bankruptcymd.com

   Jeffrey M. Orenstein, Esquire
   jorenstein@gorenwolff.com

   Andrew M. Winick, Esquire
   awinick@brownsheehan.com
   slins@brownsheehan.com;sclayborne@brownsheehan.com

Thomas McCarthy
79 Franklin St.
Annapolis, MD 21401

Michael E. Blumenfeld, Esquire
mblumenfeld@brownsheehan.com
sjames@brownsheehan.com;slins@brownsheehan.com

David S. Musgrave, Esquire
dsmusgrave@ober.com
tfjessa@ober.com

**END OF ORDER**

7